UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)CHRISTIAN LANG,<br><br>Plaintiff,<br><br>vs.<br>(1)CLEVELAND COUNTY DETENTION CENTER<br>(2)CLEVELAND COUNTY JUSTICE AUTHORITY<br>(3)MABEL BASSET CORRECTIONAL CENTER WARDEN SCOTT TINSLEY IN HIS INDIVIDUAL CAPACITY.<br>(4)MCCLAIN COUNTY DETENTION CENTER,<br>(5) MCCLAIN COUNT SHERRIFF LANDY OFFOLTER IN HIS INDIVIDUAL CAPACITY.<br>(5)OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY,<br>(6)BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY<br>(7) OKLAHOMA COUNTY SHERRIF'S DEPUTY – JOHN DOE<br>(8) EDDIE WARRIOR CORRECTIONAL INSTITUTE WARDENS GREG BRESLIN, AND CHRISTIE SWEAT IN THEIR INDIVIDUAL CAPACITIES<br><br>Defendants. | CASE NO. _____<br><br>Jury Trial Demanded |

## PETITION

COMES NOW, Christian Lang, by and through said party's attorneys, Cordal Cephas and Lashandra Peoples-Johnson of Johnson | Cephas Law, PLLC and for said party's action against the above-named Defendants alleges and states as follows:

JURISDICTION AND VENUE

1. Christian Lang is a citizen of the state of Oklahoma. Christian was in the custody care and control of the of the Defendants beginning in July of 2021, until her release date in November of 2023.

2. Warden(s) Scott Tinsley is warden of the Mabel Bassett detention center. Mabel Bassett is a detention facility operating under the control of the Oklahoma Department of Corrections.

3. Defendant Oklahoma County Criminal Justice Authority (OCCJA) is a County Jail within Oklahoma County. The OCCJA is a public trust created with the express purpose of operating Oklahoma County Detention Center. The OCCJA has exclusive managerial authority of the Oklahoma County Jail.

4. Defendant Board of County Commissioners for Oklahoma County (the "Board") is a legislative entity with a non-delegable duty to provide a jail for Oklahoma County that is adequate and safe keeping of inmates.

5. Defendant McClain County Sherrif Landy Offolter is the Sherriff of McClain County. Sherriff Offolter has final decision-making authority within the McClain County Jail.

6. McClain County Board of County Commissioners is a legislative entity with a non-delegable duty to provide a jail for Oklahoma County that is adequate and safe keeping of inmates.

7. Warden(s) Greg Breslin and Christie Sweat are wardens at various times were wardens of the Eddie Warrior detention center. Eddie Warrior as a detention facility in the Oklahoma Department of Corrections.

8. Jurisdiction and venue are proper in the District Court of Oklahoma County, Oklahoma.

FACTS

9. Christian Lang was involved in a violent car accident in June of 2020. Christian was scheduled for surgery to repair her shoulder prior to her incarceration in the McClain County Jail.

10. McClain County Jail staff assessed Christian understood her need for immediate surgery and declined the surgery.

11. Christian was transferred from McClain County Jail to the Mable Bassett Correctional facility, ran by the Oklahoma Department of Corrections. The administrators and medical staff at Mabel Bassett were aware of Christians desperate and escalating need to have her shoulder surgically repaired. Surgery was scheduled for July 16.

12. Unfortunately, and to Christian's detriment and permanent physical incapacity, the medically necessary surgery was cancelled without explanation. Instead of providing the proper medical treatment, that Mabel Basset administrators and staff were fully aware that Christian required, Christian was directed to simply put her arm in a sling.

13. Christian languished in pain the remainder of that year while in the custody of the Oklahoma Department of Corrections in Mabel Bassett  Consistently making prison staff aware of her ongoing pain and lack of treatment. With full knowledge of the Mabel Bassett correctional institute Warden.

14. On December 31st  Christian was transferred from the care and custody of Mabel Bassett back to the Oklahoma County Detention Center. She was briefly released from all custody in February and immediately underwent the necessary surgery.

15. During a hearing on January 4, 2022, an Oklahoma County Sherriff's deputy, being aware of Christians delicate medical state, applied an unnecessary and abusive force in taking

Christian into custody. This Deputy took Christian to the ground by means of her arm and shoulder that had just recently been surgically repaired. The deputy in the application of this unconstitutional and unnecessary use of force bent the screws that were holding Christians surgically repaired shoulder together.

16.     Christian was then incarcerated by Cleveland County. Cleveland County Jail was well aware of Christian's medical history and the need for additional and immediate treatment. Being fully aware of the need for additional treatment Cleveland County scheduled Christian for surgery. However, that necessary and required surgery was also cancelled without explanation by administrators at the Cleveland County Jail.

17.     Christian was transferred from Cleveland County back to Eddie Warrior Correctional Center. Administrators and staff were well aware of her medical history, and the need for immediate treatment. No treatment was provided. Christian was released from all custody of the forgoing defendants in November of 2023.

18.     Since her release Christian has had numerous surgeries and ongoing treatment. As a direct cause stemming from the medical neglect of the Defendants Christian has suffered permanent injuries, including loss of sensation, permanent nerve damage and ongoing pain. All of which would have been prevented but for the failure of the Defendants to act in a reasonable manner in supplying medical care and treatment.

Cause of Action

**Violations of Amen. VIII and XIV to the U.S. Constitution**
**Deliberate Indifference -Medical Care**
**(42 U.S.C. § 1983)**

19.     Defendants each and every one had a duty to provide adequate medical care and supervision of Christian while in their care, custody, and control.

4

20. The practices of Defendants to simply and outright deny necessary medical are either persistent, widespread, and so common and well settled within the institutions of the a custom that fairly represents the policy of the defendants, or they are consistent with the official written policy adopted or promulgated by those with the final policy making authority.

21. These unwritten or written policies were enforced and maintained despite actual or constructive notice that the policy or practice of withholding and denying necessary medical care after having full knowledge of the legitimate and immediate need for the treatment. The Defendants were fully aware of the risk of exacerbated and permanent injury involved in the delay of denial of necessary medical care, and the policies or practices above served as the moving force behind the deprivation of rights suffered by Christian while in the care and custody of the Defendants.

## IV
## Relief Requested

20. Plaintiff Christian Lang respectfully requests the Court grant all legal and equitable relief to which it is entitled, including, but not limited to the following:

   A. A declaratory judgment that Defendant's policies or practices violated the constitutional rights of Myron Martin under 42 U.S.C. § 1983;

   B. Actual and compensatory damages against all Defendants in excess of $500,000.00;

   C. Punitive damages against Defendants named in their individual capacity;

   D. An award of reasonable costs and attorney's fees;

   E. Pre and post judgment interest;

   F. Any other relief the Court deems just and equitable.

Respectfully Submitted,

/s/Cordal Cephas_____
Cordal Cephas, OBA#33857
Lashandra Peoples-Johnson, OBA#33995
**Johnson | Cephas Law, PLLC**
6931 S. 66th E. Avenue, Suite 105
Tulsa, OK 74133Ph:
(918) 992-6890
Fax:(918) 992-6890
cordal@johnsoncephaslaw.com
*Attorney for Plaintiff*

/s/Lashandra Peoples-Johnson_____
Cordal Cephas, OBA#33857
Lashandra Peoples-Johnson, OBA#33995
**Johnson | Cephas Law, PLLC**
6931 S. 66th E. Avenue, Suite 105
Tulsa, OK 74133Ph:
(918) 992-6890
Fax:(918) 992-6890
lashandra@johnsoncephaslaw.com
*Attorney for Plaintiff*


Respectfully submitted,

Johnson | Cephas Law, PLLC
6931 S. 66th E. Avenue, Suite 105
Tulsa, OK 74133
Telephone: 918 992 6890
cordal@johnsoncephaslaw.com
Lashandra@johnsoncephaslaw.com
Attorneys for Christian Lang

ATTORNEY LIEN CLAIMED.

6